(98 South. 210)

**Ex parte Irene WARD. (8 Div. 613.)**

(Supreme Court of Alabama. Nov. 29, 1923.)

Certiorari to Court of Appeals.

Wert & Hutson, of Decatur, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J. Petition of Irene Ward for certiorari to Court of Appeals to review and revise the judgment and decision of said court in the case of Ward v. State, 98 South. 209.

Writ denied.